IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASSIE MCDONALD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a corporation;<br><br>Defendant. | 7:24CV5006<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that for good cause shown, the parties' joint motion to extend time to file dispositive motions is granted. (Filing No. 15). The final progression order is amended as follows:

1) Defendant shall file the Administrative Record on or before January 15, 2025.

2) Each party shall file dispositive motions on or before March 28, 2025.

3) Each party shall file its response brief opposing the adverse party's motion on or before April 18, 2025.

4) Each party may file a reply brief in support of its motion on or before May 2, 2025.

Dated this 2nd day of December, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge