IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASSIE MCDONALD, an individual; | |
| Plaintiff, | 7:24CV5006 |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, a corporation; | ORDER |
| Defendant. | |

This matter comes before the court on Defendant's Consented To Motion for Leave to File an Appendix to the Administrative Record Following the Parties' Submissions Related to Dispositive Motions. (Filing No. 17). The parties requested permission to file an agreed upon Appendix to the Administrative Record that contains the pages cited to in the parties' respective dispositive briefs. Additionally, the parties requested that the documents be filed unredacted and under seal. The court finds there is good cause to allow the filing of the Appendix and to restrict access to the documents to case participants and the court.

IT IS ORDERED: Defendant's motion is granted, as follows. (Filing No. 17). Defendant shall file an agreed upon Appendix after the parties have fully briefed their

1

respective dispositive motions. The Appendix will be filed under restricted access, rather than sealed.

    Dated this 27th day of March, 2025.

                                       BY THE COURT:

                                       s/ Ryan C. Carson
                                       United States Magistrate Judge